1  LEWIS BRISBOIS BISGAARD & SMITH LLP
2       Esther P. Holm (State Bar # 140279)
          holm@lbbslaw.com
3       Erin L. Eckelman (State Bar # 252237)
          eckelman@lbbslaw.com                          **MADE JS-6**
4  650 Town Center Drive, Suite 1400
   Costa Mesa, California   92626-1925
5  Telephone:   (714) 545-9200
   Facsimile:    (714) 850-1030
6
   CHIARELLI & MOLLICA LLP
7       Terry J. Mollica (State Bar # 139816)
          tjm@cmlawoffices.com
8  2121 North California Boulevard, Suite 520
   Walnut Creek, California   94596-3572
9  Telephone:   (925) 262-4888
   Facsimile:    (925) 262-4889
10
11 THE VITTAL LAW FIRM
        J. Anthony Vittal (State Bar # 63088)
12        tony@vittal.net
   1900 Avenue of the Stars, Suite 2500
13 Los Angeles, California   90067-4506
   Telephone:   (310) 339-2520
14 Facsimile:    (603) 484-5374

15 Attorneys for Defendants, Counterclaimants, Counterclaim Defendants, Cross-
   claimants, Cross-Defendants, and Third Party Plaintiffs HOWARD HERZOG and
16 WASSERMAN & WEXLER, LLC & Third-Party Plaintiff GARY WASSERMAN

17

18                 UNITED STATES DISTRICT COURT

19                 CENTRAL DISTRICT OF CALIFORNIA

20                        WESTERN DIVISION

21

22 THOSE INTERESTED            )   No. CV 07-5566 GW (RCx)
   UNDERWRITERS AT LLOYDS,     )
23 LONDON SUBSCRIBING TO       )   **ORDER DISMISSING ACTION**
   POLICY NO. PP736110T,       )   **WITH PREJUDICE**
24                             )
              Plaintiffs,      )
25                             )
       -vs-                    )
26                             )
   HOWARD HERZOG, et al.,      )   Action Filed:              08/24/2007
27                             )   Mediation:                 07/14/2010
              Defendants.      )   Pretrial Conference:           vacated
28 _____)   Trial Date:                   vacated

_____

WASSERMAN & WEXLER, LLC,
and HOWARD HERZOG,                              )
                                                )
            Counterclaimants,                   )
                                                )
      -vs-                                       )
                                                )
THOSE INTERESTED UNDER-                          )
WRITERS AT LLOYDS, LONDON                        )
SUBSCRIBING TO POLICY NO.                        )
PP736110T, INCLUDING PARTICI-                    )
PANT SYNDICATES 1036, 382,                       )
1200, AND 1183,                                  )
                                                )
            Counterclaim                         )
            Defendants.                          )
_____               )
                                                )
HOWARD HERZOG, GARY                              )
WASSERMAN, and WASSERMAN                         )
& WEXLER, LLC,                                   )
                                                )
            Third Party Plaintiffs,             )
                                                )
      -vs-                                        )
                                                )
BESSO LIMITED, and ALASTAIR                      )
PINNEY,                                          )
                                                )
            Third Party Defendants.             )
_____               )
                                                )
TOULOUSE ANTIQUE GALLERY                         )
& DECORATING, etc.,                             )
                                                )
            Counterclaimant and                 )
            Cross-Claimant,                      )
                                                )
      -vs-                                        )
                                                )
THOSE INTERESTED                                 )
UNDERWRITERS AT LLOYDS,                          )
LONDON SUBSCRIBING TO                            )
POLICY NO. PP736110T, et al.,                    )
                                                )
            Counter-Defendants and              )
            Cross-Defendants.                     )
_____               )
                                                )
                                                )
[CAPTION CONTINUED BELOW]                        )
                                                )
                                                )

ORDER DISMISSING ACTION WITH PREJUDICE

1  WASSERMAN & WEXLER, LLC,    )
   and HOWARD HERZOG,          )
2                              )
        Counterclaimants and   )
3       Cross-Claimants,       )
                               )
4       -vs-                   )
                               )
5  TOULOUSE ANTIQUE GALLERY    )
   & DECORATING, etc.,         )
6                              )
        Counterclaim Defendant,)
7                              )
        -and-                  )
8                              )
   JOHN A. DUGAN, etc., et al.,)
9                              )
        Cross-Defendants.      )
10 _____ )

11

12      The parties having so stipulated, and good cause appearing therefor,

13

14      IT IS ORDERED:

15

16      1.      This entire action, including all claims, counterclaims, cross-claims,

17 and third-party claims, hereby is dismissed, with prejudice, each party to bear its

18 own costs.

19

20      2.      The clerk shall enter this order.

21

22 DATED:  January 7, 2011.

23

24

25 _____

26 GEORGE H. WU, U.S. DISTRICT JUDGE

27 JAV:1/11/11
   C:\. . .\HERZOG\LA07CV05566-GW-O JS-6.wpd
28

-3-

ORDER DISMISSING ACTION WITH PREJUDICE